FILED

01/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0257

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 22-0257

| | | |
|---|---|---|
| TIM BEARD, | ) | |
| | ) | |
| Appellant and | ) | |
| Counter Claimant | ) | |
| | ) | **ORDER GRANTING MOTION** |
| vs. | ) | **FOR EXTENSION OF TIME** |
| | ) | |
| PAULETTE SPRAGUE, in her | ) | |
| Individual capacity and on behalf | ) | |
| of CHARLES SPRAGUE, Decease. | ) | |
| | ) | |
| Appellee and Counter | ) | |
| Defendant. | ) | |
| | ) | |

Upon Motion of the Appellee and Counter Defendant, and pursuant to the authority granted under M. R. App. P. 26(1), Appellee and Counter Defendant is given an extension of time until February 22, 2023, to prepare and file the Appellee's Response Brief.

DATED this _____ day of January, 2023.

Brent Greenwood
Clerk of Supreme Court

Order Granting Extension of Time — Page 1

## CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of January, 2023, a true and correct copy of the foregoing document was served upon the following by inserting the same in postage prepaid, pre-addressed envelope and mailing it via the United States Postal Service in Helena, Montana to:

Mark Lancaster
Element Law Group, PLLC
P.O. Box 1144
Helena, MT 59624-1144

Dated this _19th_ day of January, 2023.

_Mari Schreiner_

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 20 2023